**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**FADUMO ALFIO IBRAHIM,**

      **Plaintiff,**

  **v.**

                                      **Civil Action 2:25-cv-1275**
                                      **Chief Judge Sarah D. Morrison**
                                      **Magistrate Judge Chelsey M. Vascura**

**STEPHANIE C. ARNOLD,**
*Deputy Chief of Mission, U.S. Embassy in*
*Madagascar, et al.,*

      **Defendants.**

## ORDER

This matter is before the Court on the parties' Joint Motion to Hold Case in Abeyance (ECF No. 7). For good cause shown, the Motion is **GRANTED**. This case is **STAYED** through **APRIL 13, 2026**. The parties are **ORDERED** to file a joint written **REPORT** detailing the status of this case **ON OR BEFORE APRIL 13, 2026**, unless they have filed a dismissal entry in accordance with Federal Rule of Civil Procedure 41(a)(1)(A) in the interim.

      **IT IS SO ORDERED.**

                                /s/ *Chelsey M. Vascura*
                                CHELSEY M. VASCURA
                                UNITED STATES MAGISTRATE JUDGE